David **SHULSTAD**, Plaintiff and Appellant,

v.

**BERKEL, INC.** d/b/a United States Slicing Machine Co., Inc., Defendant and Appellee.

Civ. No. 11094.

Supreme Court of North Dakota.

June 19, 1986.

Rufer, Hefte, Pemberton, Schulze, Sorlie, Sefkow & Kershner, Fergus Falls, Minn., for plaintiff and appellant; argued by H. Morrison Kershner.

---

Arvesen, Lundeen, Hoff, Svingen & Athens, Fergus Falls, Minn., for defendant and appellee; argued by Thomas C. Athens.

Nicholas J. Spaeth, Atty. Gen., Lynn C. Jordheim, Sol. Gen., Michael J. Geiermann, Asst. Atty. Gen., Bismarck, for amicus curiae State; argued by Lynn C. Jordheim.

Lundberg, Nodland, Lucas & Schulz, P.C., Bismarck, amicus curiae for North Dakota Wholesalers & Manufacturers Ass'n, Inc.; argued by A. William Lucas.

GIERKE, Justice.

David Shulstad appeals from a district court judgment dismissing his products liability action. The district court granted the motion of appellee, Berkel, Inc., d/b/a United States Slicing Machine Co., Inc. (Berkel), for summary judgment pursuant to § 28–01.1–02 of the North Dakota Century Code. We reverse and remand for trial.

On August 31, 1981, Shulstad, while employed by a retail meat market was severely injured. Shulstad was cleaning a meat grinder when a fellow employee turned on the power which engaged the auger. Shulstad's right hand was mangled and permanently injured. The meat grinder was manufactured by Berkel on July 8, 1965.

On appeal, Shulstad challenges the constitutionality of § 28–01.1–02, N.D.C.C., the "statute of limitation" of the North Dakota Products Liability Act. Recently, we considered the validity of § 28–01.1–02 and found it to be violative of Article I, § 21 of the North Dakota Constitution. *Hanson v. Williams Co.,* 389 N.W.2d 319 (N.D.1986). Accordingly, we reverse and remand for trial.

VANDE WALLE, LEVINE and MESCHKE, JJ., concur.

---

ERICKSTAD, Chief Justice, dissenting.

I respectfully dissent for the reasons stated in my dissent in *Hanson v. Williams Co.*, 389 N.W.2d 319 (N.D.1986).